USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       - against -

ANGEL VILLAFANE, et al.,

       Defendants.

**21 CR 93 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court hereby waives the appearances of defendants Christopher Meadows ("Meadows"), Victor Mendeng ("Mendeng"), and Jermaine Samuels ("Samuels") at the status conference scheduled for March 27, 2026. All parties to this action consent to an exclusion of time from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is hereby ordered that time until May 1, 2026, shall be excluded from speedy trial calculations for defendant Samuels.

It is hereby ordered that time until June 1, 2026, shall be excluded from speedy trial calculations for defendants Meadows and Mendeng.

**SO ORDERED.**

Dated:     26 March 2026
      New York, New York

                              Victor Marrero
                              U.S.D.J.